**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30375 |
| Plaintiff - Appellee, | D.C. No. 2:10-cr-00163-MJP |
| v. | |
| HUBER SABALSA-ZARATE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
Marsha J. Pechman, Chief Judge, Presiding

Submitted October 25, 2011[**]

Before:    TROTT, GOULD, and RAWLINSON, Circuit Judges.

   Huber Sabalsa-Zarate appeals from the 47-month sentence imposed
following his guilty-plea conviction for illegal reentry after deportation, in
violation of 8 U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and
we affirm.

---

   [*]   This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]   The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Sabalsa-Zarate contends that his sentence below the Guidelines range is substantively unreasonable. We are precluded from reaching the merits of this claim by the valid appeal waiver. *See United States v. Bibler*, 495 F.3d 621, 623-24 (9th Cir. 2007).

**DISMISSED.**